IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GEORGE CONKLE, )<br>)<br>Defendant. ) | CRIMINAL NO. 07-40031-WDS |

**O R D E R**

**STIEHL, District Judge:**

Before the Court is the defendant's motion to continue the trial setting (Doc. 24 ), and defendant's waiver of speedy trial (Doc. 26). The trial in this matter is currently scheduled for May 15, 2007. In the motion to continue, the defendant asserts that there are ongoing plea negotiations in this matter, that defendant is currently in rehab, and that an additional period is needed to work out a plea in this matter, and to allow him to return from his medical treatment.

The Court has reviewed the record in this case **FINDS** that it is appropriate to continue the trial of this matter. The Court **FURTHER FINDS** that defense counsel has exercised due diligence in preparing for trial and that failure to grant a continuance in this matter would deny counsel for the defendant reasonable time necessary to prepare for trial, including pursuing the possibility of a plea agreement. The Court **FURTHER FINDS** that the end of justice would be best served by granting the continuance. 18 U.S.C. §§ 3161 (h)(8)(A) and (h)(8)(B)(iv).

Accordingly, the Court **GRANTS** the defendant's motion to continue the trial and final pre-trial. This matter is rescheduled for trial on Tuesday, July 17, 2007, at 9:00 A.M. The final pre-trial in this matter is rescheduled for June 27, 2007 at 2:30 P.M.. All time between the filing

of the motion to continue and the new trial date shall be excluded for speedy trial purposes.

**IT IS SO ORDERED.**

**DATED: May 8, 2007.**

**s/ WILLIAM D. STIEHL**
**DISTRICT JUDGE**
